# United States District Court
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. 3:20-CR-0006-S |
| § | |
| BRANDON LANG MINOR (1) § | |

### ORDER ACCEPTING REVISED REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

For the reasons stated on the record at the July 21, 2022, hearing just prior to Defendant Brandon Lang Minor's sentencing, and with consent of all counsel as well as the Defendant himself, the Revised Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty [ECF No. 55] is ACCEPTED by the Court, thereby correcting the clerical error referenced therein and clarifying the record to indicate that Defendant has been in continuous custody since his arrest on December 15, 2019.

**SO ORDERED.**

SIGNED July 22, 2022.

*[signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**